Jesse S. Brar, Utah Bar # 9469
670 East 3900 South, Suite 101
Salt Lake City, Utah 84107
Telephone:  (801) 269-9541
Facsimile:   (801) 269-9581
Email:  jbrar@xmission.com

Sharon Preston, Utah Bar # 7690
670 East 3900 South, Suite 101
Salt Lake City, Utah 84107
Telephone:  (801) 269-9541
Facsimile:   (801) 269-9581
Email: sharon.preston@yahoo.com

J. Nelson Thomas, *Pro Hac Vice*
Patrick J. Solomon, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
Annette Gifford, *Pro Hac Vice*
Thomas and Solomon, LLP
693 E Avenue
Rochester, NY 14067
Telephone: 585-272-0540
Facsimile: 585-272-0574
Email:nthomas@theemploymentattorneys.com
psolomon@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
agifford@theemploymentattorneys.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| Paula Self, Linda Duncan, Sheri Kiddy, Leslie Demull, Timothy Van Hoose, Michael Combs, Isabel Shelton, Ramy Ibrahim, Scott Wright, Wilda Sellers, Damon Hylton, Deyaska Spencer, Larry Clark, Lativia Williams, Kevin Stagner, James Hannah, Louis Tavizon, Anthony Outrich, Joy Golembiewski, Leon Brown, Jeremy Hines, Jennifer Luton, Alma Uresti, Brenda Weatherspoon, and Richard Wooldridge Individually and on Behalf of Others Similarly Situated,<br><br>                                  Plaintiffs,<br>vs.<br><br>TPUSA, Inc. and Teleperformance Group, Inc., Corporations,<br>                                  Defendants. | **PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br><br><br><br><br><br><br>Case No.: <u>2:08-CV-395 PMW</u><br><br>Judge: <u>Hon. Paul M. Warner</u> |
|---|---|

Counsel for the Plaintiffs hereby respectfully submit this motion for award of attorneys' fees and reimbursement of expenses.[1] Plaintiffs' Counsel respectfully request that the Court award attorneys' fees of $1,400,000. The requested fee equals 35% of the Common Fund. As set forth more fully in the Memorandum in Support for Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, an award of 35% of the monetary relief, comprising both an award of attorneys' fees and reimbursement of reasonable litigation costs, is both reasonable and consistent with federal law. Plaintiffs' Counsel also request that the Court approve $101,923.84 in litigation expenses reasonably incurred (including anticipated expenses in the amount of $2500 for travel and other costs for the final settlement hearing) by Plaintiffs' Counsel to date. The expenses were necessary to prosecute this complex litigation and are reasonable in amount.

Respectfully submitted, this 18th day of March, 2010.

/s/Jesse S. Brar
Sharon Preston
Jesse S. Brar
Patrick Solomon
Nelson Thomas
Michael Lingle
Annette Gifford

A*ttorneys for Plaintiffs*

---

[1] Defendant stipulated in the Settlement Agreement (Docket No. 188, Agreement ¶ 29) that it would not oppose Plaintiff's application for approval of fees and costs.

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>March 18, 2010</u>, I electronically filed a true and correct copy of the foregoing with the Court using the CM/ECF system and served it by the method indicated below on the following:

| | |
|---|---|
| Gerry B. Holman<br>Dunn & Dunn, P.C.<br>505 East 200 South, 2nd Floor<br>Salt Lake City, UT 84102<br>Tel.: (801) 521-6677<br>Fax: (801) 521-9998 | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ Email<br>☒ Clerk of Court using CM/ECF system |
| Mary Dollarhide<br>Leslie L. Abbott<br>Hannah J. Cole<br>Paul, Hastings, Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>Tel.: (858) 720-2500<br>Fax: (858) 720-2555 | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ Email<br>☒ Clerk of Court using CM/ECF system |

/s/Jesse S. Brar
Jesse S. Brar