JESSE S. BRAR, Utah Bar #9469
Email: jbrar@xmission.com
670 East 3900 South, Ste. 101
Salt Lake City, Utah 84107
Tel: (801) 269-9541
Fax: (801) 269-9581
SHARON PRESTON, Utah Bar #7690
Email: sharon.preston@yahoo.com
670 East 3900 South, Ste. 101
Salt Lake City, Utah 84107
Tel: (801) 269-9541
Fax: (801) 269-9581
J. NELSON THOMAS
nthomas@theemployment attorneys.com
PATRICK J. SOLOMON
psolomon@theemploymentattorneys.com
MICHAEL J. LINGLE
mlingle@theemploymentattorneys.com
*Pro Hac Vice*
Thomas and Solomon, LLP
693 East Avenue
Rochester, NY  14067
Tel: (585) 272-0540
Fax: (585) 272-0574

*Attorneys for Plaintiffs*

TIM DALTON DUNN, Utah Bar # 0936
GERRY B. HOLMAN, Utah Bar #6891
DUNN & DUNN, P.C.
Email: gholman@dunndunn.com
505 East 200 South, 2nd Floor
Salt Lake City, Utah 84102
Tel.: (801) 521-6677
Fax: (801) 521-9998

MARY DOLLARHIDE
LESLIE L. ABBOTT
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
Email: marydollarhide@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, California 92121
Tel.: (858) 458-3000
Fax: (858) 458-3005

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PAULA SELF, LINDA DUNCAN, SHERI KIDDY, LESLIE DEMULL, and TIMOTHY VAN HOOSE Individually and on Behalf of Other Similarly Situated,<br><br>                    Plaintiffs<br><br>          v.<br><br>TPUSA, INC. and TELEPERFORMANCE GROUP, INC., Corporations,<br><br>                    Defendants. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE DATE OF PAYMENTS TO CLASS**<br><br>Case No. 2:08-cv-00395 PMW<br><br>HON. MAGISTRATE JUDGE PAUL M. WARNER |

1

The court, having reviewed the Joint Stipulation to Continue Date of Payments to Class, hereby approves a payment date of May 28, 2010.

IT IS SO ORDERED.

Dated: May 6, 2010

_____
Paul M. Warner
United States Magistrate Judge